STATE OF NEW JERSEY v. JOHN ELLMERS.

January 29, 1976. Petition for certification denied.

ST. GEORGE GREEK ORTHODOX CHURCH v. DEPARTMENT OF PLANNING & DEVELOPMENT OF THE CITY OF TRENTON.

January 29, 1976. Petition for certification denied.

PASQUALE SALIERNO v. MICRO STAMPING COMPANY.

January 29, 1976. Petition for certification granted. (See 136 *N. J. Super.* 172).

MYRNA SCHERZER v. ARTHUR SCHERZER

January 29, 1976. Petition for certification denied. (See 136 *N. J. Super.* 397).

MYRNA SCHERZER v. ARTHUR SCHERZER.

January 29, 1976. Cross-petition for certification denied. (See 136 *N. J. Super.* 397).

SHOWCASE PROPERTIES v. BOARD OF ADJUSTMENT OF THE TOWNSHIP OF EAST BRUNSWICK.

January 29, 1976. Petition for certification denied.